

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: THOMAS R. HAZELRIGG, III, | No. 13-60118 |
| Debtor. | BAP No. 13-1230-TaDju |
| THOMAS R. HAZELRIGG, III, | MEMORANDUM* |
| Appellant, | |
| v. | |
| UNITED STATES TRUSTEE, | |
| Appellee. | |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Taylor, Dunn, and Jury, Bankruptcy Judges, Presiding

Argued and Submitted May 5, 2016
Seattle, Washington

Before: GRABER, BERZON, and MURGUIA, Circuit Judges.

For the reasons stated in the Bankruptcy Appellate Panel's November 19,

2013 decision, we do not reach Appellant's Fifth Amendment claim and affirm as

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

to the other issues raised in this court regarding the denial of discharge under 11 U.S.C. § 727(a)(5).

**AFFIRMED.**